IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRIANA DIX, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| LENAPE VALLEY FOUNDATION, *Defendant* | : : : | No. 20-6383 |

## ORDER

**AND NOW**, on this 21st day of December, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 23), supporting Statement of Undisputed Material Facts (Doc. No. 24), and the responses and replies thereto (Doc. Nos. 25, 27, 30 & 31), and this Court having conducted oral argument on October 8, 2021, it is hereby **ORDERED** that the Motion (Doc. No. 23) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1